UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x
:
UNITED STATES OF AMERICA,          :
:
   -against-                              :      92 Cr. 455 CSH
:
ROY WILLIAM HARRIS, also known as  :      **PETITION FOR TERMINATION**
Will Harris,                       :      **OF SUPERVISE RELEASE**
:
               Defendant.    :
-----------------------------------------------------x

      **COMES NOW**, Will Harris, Defendant, filing pro se, with Petition For Termination of Supervised Release, pursuant to title 18,§3583 (e) (1) of the United States Codes.

      Defendant was convicted on December 22, 1994 of various fraud offenses and served a 188-months prison sentences at the FT Dix Federal Prison facility. To follow Defendant's incarceration, the District Court imposed a term of five (5) years supervised release. Defendant has currently served his term of incarceration and over three (3) years of supervised release.

      Defendant was released from prison on October 3, 2006 and assigned to the Bridgeport Connecticut Probation Office wherein Defendant has reported faithfully to since his release. Defendant has complied with every rule and or request probation has made. Defendant has no history of drug or alcohol abuse, is not a risk to public safety nor has a history of violence. Defendant has followed and believes in the laws of the United States Government.

      Since release from prison Defendant has had steady employment working for an oil company who provides various technical services to the industry. Defendant has a stable home life, which has included among other things, securing a residence, and re-uniting with his two daughters and mother who is 86 years of age, living on Social Security. Defendant's family depends upon him greatly as his mother is in her sun set years, and his daughters are just beginning their careers after having finished college.

      Because Defendant works in a highly competitive and regulatory environment supervise release has limited his ability for advancement. And while having established a stable life after prison Defendant would like to continue to grow and better provide for

his family and his later years in life. Defendant is 56 years of age, and recognizes that his work years and occupational opportunities are limited. Its Defendant desires to provide for his family and at all times be growing in his profession and contributing in a meaningful way.

**THEREFORE,** Defendant, Will Harris, requests this court to take into consideration the above and terminate this term of supervised release before expiration.

DATED: November __9__ , 2009                    Respectfully,

_____
Will Harris

## PROOF OF SERVICE

I Will Harris, the Defendant, certify that a copy of this PETITION FOR TERMINATION OF SUPERVISED RELEASE, was placed in the U.S. Mail on November 9, 2009, to be delivered to:

United States Probation Office
Joseph J. Zampano, Jr.
915 Lafayette Blvd, Room 200
Bridgeport, CT 06604

Direct: (203) 579-5578
Fax:    (203) 579-5571



RECEIVED NOV 12 2009 CHARLES S HAIGHT, JR.